# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA BRALCZYK, | ) | Case No. 3:21-cv-02010-MEM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) | Electronically Filed |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RADIUS GLOBAL SOLUTIONS, LLC's MOTION FOR LEAVE TO FILE OVERLENGTH REPLY TO PLAINTIFF'S BRIEF IN OPPOSITION

COMES NOW Radius Global Solutions, LLC ("RGS"), through undersigned counsel and pursuant to Local Rule 7.8(b)(3), seeks the Court's leave to file an overlength Memorandum of Law in support of its Motion for Judgment on the Pleadings, and states as follows:

1. On January 28, 2022, RGS filed a Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c).

2. On March 11, 2022, Plaintiff's Brief Opposing Defendant's Motion for Judgment on the Pleadings was filed.

3. Local Rule 7.8(b)(3) instructs that no brief exceeding the limits described in LR 7.8 may be filed without authorization, and that any motion seeking

1

such authorization shall specify the length of the brief requested and shall be filed at least two working days before the brief is due.

4.    RGS requires additional length for a total word count not exceeding 5,500 words including all body text and footnotes, but excluding the caption, table of contents, table of authorities, signature block, and certificates, to clarify and respond to Plaintiff's mischaracterizations of RGS' arguments, to provide supplemental authority for the claims asserted in the Motion for Judgment on the Pleadings, and to provide a framework for this court to interpret the statute in question.

5.    Plaintiff's counsel concurs with the requested relief.

6.    This Motion is timely filed at least 2-working days prior to the date RGS' Reply is due.

WHEREFORE, for the foregoing reasons, Radius Global Solutions, LLC. respectfully requests the Court grant it leave to file an overlength Reply to Plaintiff's Opposition, as prayed for herein.

Date: March 23, 2022                    Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (#73683)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663

Email: aeasley@sessions.legal

*Counsel for Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 23, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:


Brett Freeman, Esq.                         /s/ Aaron Easley
SABATINI FREEMAN, LLC
216 N. Blakely Street
Dunmore, PA 18512
Telephone: (570) 341-9000
Facsimile: (570) 504-2769
bfecf@bankruptcypa.com

3