# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Tina Bralczyk,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:21-cv-02010-MEM** |
| | § | |
| **Radius Global Solutions, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## **ORDER**

THE COURT, having considered Defendant Radius Global Solutions, LLC's Notice of Motion to File Overlength Brief in Support of its Motion for Judgment on the Pleadings,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED and Defendant Radius Global Solutions, LLC shall be allowed to file an Overlength Brief in this matter.

Signed this _____ day of March, 2022.

_____
Judge

1